FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAY 17 2023
5:31 pm

Margaret Botkins, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>**LEON PATRICK HARRIS**,<br><br>        Defendant. | No. _23-cr-75-S_<br><br>**18 U.S.C. § 2250(a)**<br>(Failure to Register as a Sex Offender) |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

From on or about March 21, 2023, through and including May 10, 2023, in the District of Wyoming, the Defendant, **LEON PATRICK HARRIS**, who is required to register under the Sex Offender Registration and Notification Act by reason of a conviction under Federal law, knowingly failed to register and update his registration as required by the Sex Offender Registration and Notification Act.

In violation of 18 U.S.C. § 2250(a).

A TRUE BILL:

 /s/ Ink Signature on File in Clerk's Office
FOREPERSON

NICHOLAS VASSALLO
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | LEON PATRICK HARRIS |
| **DATE:** | May 17, 2023 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | 18 U.S.C. § 2250(a)<br>(Failure to Register as a Sex Offender)<br><br>0-10 Years Imprisonment<br>Up To $250,000 Fine<br>5 Years To Life Supervised Release<br>$100 Special Assessment |
| **AGENT:** | James McGhee, USMS |
| **AUSA:** | Timothy W. Gist, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 3 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |

1