Timothy W. Gist
Wyoming State Bar No. 6-3122
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
timothy.gist@usdoj.gov

TRACY RACICOT HUCKE, Wyoming Bar No. 7-4880
Asst. Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne WY 82001
307-772-2781
Tracy.Hucke@fd.org

ANDREW FRANCISCO, District of Columbia Bar No. 1619332
Asst. Federal Public Defender
104 South Wolcott Street, Suite 601 Casper, Wyoming 82601
307-772-2781
andrew.francisco@fd.org

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 23-CR-75-SWS |
| **LEON PATRICK HARRIS,** | |
| Defendant. | |

### STATUS REPORT

Trial is in matter is currently set to begin on August 28, 2023. The parties have engaged in plea discussions and a plea offer is outstanding. The parties are aware of the plea agreement deadline imposed by the Court and will comply with the same, however, it appears trial will be necessary. Trial is not expected to take more than 2 days to complete as the issues are not complex

and the government anticipates calling no more than 5 witnesses. Defendant has offered to stipulate to his underlying predicate sex offense establishing his registration requirement under SORNA. The government will consent to a bench trial if the Defendant prefers to proceed in that fashion.

Discovery has been provided and there are no pending motions.

DATED this 14th day of August 2023.

                                                      NICHOLAS VASSALLO
                                                     United States Attorney

By:   */s/ Tracy R. Hucke*     By:   */s/ Timothy W. Gist*
       TRACY R. HUCKE               TIMOTHY W. GIST
       Attorney for the Defendant      Assistant United States Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of August 2023, the foregoing was electronically filed and consequently served on defense counsel.

                                            */s/ Amanda Hudson*
                                            For the United States Attorney's Office